UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SAMUEL MILLEN,

    Petitioner,

v.

TERRI GONZALEZ, Warden,

    Respondent.

Case No. CV 11-0540-JAK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: June 2, 2011

John A. Kronstadt
United States District Judge